COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Starry Skies Ranch, L.P., Jo Arc Resources, Inc., and Sally Blackie Sengel

Appellate case number:    01-19-00040-CV

Trial court case number:   36211

Trial court:               335th District Court of Washington County

Relators, Starry Skies Ranch, L.P., Jo Arc Resources, Inc., and Sally Blackie Sengel, have filed a petition for a writ of mandamus in this Court. Relators also have filed a motion and an amended motion to stay "all proceedings in the trial court" until disposition of relators' mandamus petition. The amended motion to stay is **denied**, and the motion to stay is **dismissed as moot**.

The Court requests a response to the petition for a writ of mandamus from real party in interest. The response, if any, is due no later than 20 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually    ☐ Acting for the Court

Date: __January 16, 2019_____